IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3002 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JIMMIE C. JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

After a telephone conference with counsel,

IT IS HEREBY ORDERED that:

(1)   The government shall have until June 23, 2008, to submit a brief on the merits regarding the defendant's motion for resentencing (filing 207).

(2)   The defendant shall have until July 21, 2008, to submit a responsive brief.

(3)   The government shall have until August 4, 2008, to submit a reply brief.

(4)   The parties shall address the merits and all related procedural issues, including whether or not the defendant has a right to be physically present during any proceedings related to resentencing.

May 22, 2008.                          BY THE COURT:

                                       s/ *Richard G. Kopf*
                                       United States District Judge