IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:97CR3002 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JIMMIE C. JOHNSON, | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The defendant's motion to extend brief deadline (filing 214) is granted.

(2)   The defendant shall have until July 28, 2008, to submit a responsive brief.

(3)   The government shall have until August 11, 2008, to submit a reply brief.

July 23, 2008.                              BY THE COURT:


                                            s/ *Richard G. Kopf*
                                            United States District Judge