IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:97CR3002 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JIMMIE C. JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

Inasmuch as the United States Court of Appeals for the Eighth Circuit has affirmed this court's judgment, see filing 232,

IT IS ORDERED that the defendant's motion to correct the record regarding the effective filing date of his notice of appeal, or, alternatively, for an extension of time to appeal (filing 231), is denied without prejudice, as moot.[1]

October 14, 2008.                    BY THE COURT:

                          s/ *Richard G. Kopf*
                          United States District Judge

---

[1] On September 23, 2008, I granted a motion for extension of time that was filed by defense counsel in response to a letter from the Clerk of the Court of Appeals indicating that the defendant's pro se notice of appeal was untimely. I also noted, however, that it appeared from the record that the defendant's appeal was timely filed under the prison mailbox rule. See filing 230.