IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:97CR3002 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM |
| JIMMIE C. JOHNSON, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Mr. Johnson has filed a "Motion for Re-Sentencing" which I construe to be a motion under Amendment 782. His motion will be denied.

    First, Amendment 782 does not apply to Mr. Johnson since, even if it was applied, the Guideline range remains the same – life in prison[1]. Second, as I have said before, Mr. Johnson is a violent predator[2] and I would not exercise my discretion to reduce his sentence even if I had the discretion to do so.

    IT IS ORDERED that the "Motion for Re-Sentencing" (filing no. 247) is denied. My chambers shall send a copy of this order to the SUSPO, the FPD and the AUSA handling Amendment 782 issues. The Clerk shall mail a copy of this order to Mr. Johnson.

    DATED this 30th day of September, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

[1] *See, e.g.*, 18 U.S.C. § 3582(c)(2); U.S.S.G. § 1B1.10 cmt. n. 1(A).

[2] *See, e.g.*, *United States v. Johnson*, 169 F.3d 1092, 1094-1095 (8th Cir. 1999).