IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:97CR3002 |
| v. | ) | |
| JIMMIE C. JOHNSON, | ) | ORDER |
| Defendant. | ) | |

I have received a motion under the First Step Act from the defendant (filing no. 250). With that in mind,

IT IS ORDERED that:

(1) The Federal Public Defender is appointed to represent Jimmie C. Johnson regarding the motion filed on April 2, 2019.

(2) The Clerk shall provide Federal Public Defender David Stickman, Supervisory AUSA John Higgins and USPO Kelly Nelson with a copy of this order and the defendant's motion.

(3) No later than April 30, 2019, counsel for the government and counsel for the defendant shall advise me regarding their positions respecting the motion.

DATED this 9th day of April, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge