IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:97CR3002 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| JIMMIE C. JOHNSON, | ) | ORDER |
| Defendant. | ) | |

A conference call was held between the undersigned, defense counsel Tregg Lunn, AUSA John Higgins, and USPO Kelly Nelson. With their agreement,

IT IS ORDERED that:

(1) No later than 5 p.m. on Monday, May 13, 2019, counsel for the government and counsel for the defendant shall advise the undersigned regarding their positions respecting the defendant's First Step Act motion.

(2) The Clerk shall provide Mr. Lunn, Mr. Higgins and Mr. Nelson with a copy of this order.

Dated April 29, 2019.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge