IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:97CR3002 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JIMMIE C. JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

On the defendant's unopposed oral motion,

IT IS ORDERED that:

(1)     No later than May 28, 2019, counsel for the defendant shall advise the undersigned regarding his position respecting the defendant's First Step Act motion.

(2)     No later than June 4, 2019, counsel for the government shall file its reply brief if it chooses.

(3)     The Clerk shall provide Mr. Lunn, Mr. Higgins and Mr. Nelson with a copy of this order.

Dated May 13, 2019.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge